In the Matter of JOHN M. BURKE, an Alleged Incompetent Person, Respondent.

ALMEDA E. WINTERS, Appellant; FRANOIS H. MIXER et al., Respondents.

*Matter of Burke*, 125 App. Div. 889, appeal dismissed.
(Argued January 4, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which reversed an order of Special Term appointing a commission to inquire into the competency of John M. Burke and dismissed the proceeding.

*Howard S. Gans* for appellant.

*Frederick H. Denman, Edward M. Shepard* and *William Mason Smith* for John M. Burke, respondent.

*William H. Hamilton* for Francis H. Mixer et al., respondents.

*Felix Willoughby Smith* for Thomas F. Masterson et al., respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.